UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE IRIZARRY, VALERIE WILLIAMS,
JOANNE NIXON, JOANN ROBINSON, and
BRANDON LITT,

CASE NO: 6:19-cv-268-Orl-37TBS

        Plaintiffs,

v.

ORLANDO UTILITIES COMMISSION; LENNAR
CORPORATION; U.S. HOME CORPORATION;
AVALON PARK GROUP MANAGEMENT, INC.,
D/B/A AVALON PARK GROUP; BEAT KAHLI;
BORAL RESOURCES, LLC; and PREFERRED
MATERIALS, INC.,

        Defendants.
_____/

**PLAINTIFF LITT'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE AS TO DEFENDANTS LENNAR
<u>CORPORATION AND LENNAR HOMES, LLC</u>**

Plaintiff Brandon Litt, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all his claims, and those of the putative Storey Park and Moss Park subclass, against Defendants Lennar Corporation and Lennar Homes, LLC.

Rule 41(a)(1)(A)(i) permits a plaintiff to voluntarily dismiss all claims brought against a particular defendant, prior to that defendant serving an answer or a motion for summary judgment, even though claims against other defendants would remain pending. *See Brooks v. Equable Ascent Fin.*, No. 6:13-CV-667-ORL-37, 2013 WL 1830693, at *1 (M.D. Fla. May 1, 2013) (Dalton, J.) (citing *Plains Growers, Inc. v. Ickes–Braun Glasshouses, Inc.*, 474 F.2d 250, 253 (5th Cir. 1973) ("holding that a plaintiff may dismiss all of its claims against one defendant

under Rule 41(a)(1) even though its claims against another defendant would remain pending")). Defendants Lennar Corporation and Lennar Homes, LLC, have not yet answered Plaintiffs' Amended Complaint or served a motion for summary judgment. Accordingly, Plaintiff Litt may dismiss his claims, and those of the putative Storey Park and Moss Park subclass, against Lennar Corporation and Lennar Homes, LLC, without leave of court. *See* FRCP 41(a); *Scott v. City of Orlando*, No. 615CV533-ORL37TBS, 2016 WL 4247815, at *2  n. 2 (M.D. Fla. Aug. 11, 2016) (Dalton, J.), *aff'd sub nom. Scott v. Battle*, 688 Fed. Appx. 674 (11th Cir. 2017), (dismissal under FRCP 41(a) is self-executing).

DATED this 24th day of April 2019.

Respectfully submitted,

    s/ Diana L. Martin
THEODORE J. LEOPOLD, ESQ.
Florida Bar No: 705608
tleopold@cohenmilstein.com
LESLIE M. KROEGER, ESQ.
Florida Bar No: 989762
lkroeger@cohenmilstein.com
DIANA L. MARTIN, ESQ.
Florida Bar No.: 624489
dmartin@cohenmilstein.com
Cohen Milstein Sellers & Toll PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL  33410
T: (561) 515-1400
F: (561) 515-1401

Case 6:19-cv-00268-RBD-E_K   Document 57   Filed 04/24/19   Page 3 of 6 PageID 803

Irizarry, et al. v. Orlando Utilities Commission, et. al.
Case No.: 6:19-cv-268-Orl-37TBS
Page 3

Stephen Morrissey, Esq.
smorrissey@susmangodfrey.com
Admitted Pro Hac Vice
SUSMAN GODFREY L.L.P.
1201 Third Ave., Suite 3800
Seattle, WA 98101
T: (206) 516-3880 Telephone
F: (206) 516-3883 Facsimile

Vineet Bhatia
vbhatia@susmangodfrey.com
Admitted Pro Hac Vice
Michael Brightman
mbrightman@susmangodfrey.com
Admitted Pro Hac Vice
Daniel Wilson
dwilson@susmangodfrey.com
Admitted Pro Hac Vice
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
T: (713) 651-9366

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 24, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

s/DIANA L. MARTIN
DIANA L. MARTIN
Florida Bar No.: 624489
Email:  dmartin@cohenmilstein.com

Case 6:19-cv-00268-RBD-E_K   Document 57   Filed 04/24/19   Page 4 of 6 PageID 804

Irizarry, et al. v. Orlando Utilities Commission, et. al.
Case No.: 6:19-cv-268-Orl-37TBS
Page 4

## SERVICE LIST

Lauren D. Brooks, Esq.
lbrooks@bakerdonelson.com
Ralph A. Demeo, Esq.
rdemeo@bakerdonelson.com
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
101 N. Monroe Street
Suite 925
Tallahassee, FL  32301
Phone: (850)-425-7560
Fax: (850)-270-6735
*Attorneys for Avalon Park Group Management, Inc. d/b/a Avalon Park Group & Beat Kahli*
***Via CM/ECF***

David A. Theriaque, Esq.
dat@theriaquelaw.com; sbs@theriaquelaw.com
S. Brent Spain, Esq.
sbs@theriaquelaw.com
Theriaque & Spain
9100 Conroy Windermere Rd, Ste 200
Windermere, FL  34786
Phone: (407)-258-3733
Fax: (407)-264-6132
*Attorneys for Avalon Park Group Management, Inc. d/b/a Avalon Park Group & Beat Kahli*
***Via CM/ECF***

Daniel F. Diffley, Esq.
dan.diffley@alston.com
Alston & Bird, LLP
1201 W. Peachtree St.
Atlanta, GA  30309
Phone: (404)-881-4703
*Attorneys for Boral Resources, LLC*
***Via CM/ECF***

Suzanne Barto Hill, Esq.
shill@rumberger.com; docketingorlando@rumberger.com; shillsecy@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
300 South Orange Avenue
Lincoln Plaza, Suite 1400
Orlando, FL  32802
Phone: (407)-872-7300
*Attorneys for Lennar Corporation & U.S. Home Corporation*
***Via CM/ECF***

Irizarry, et al. v. Orlando Utilities Commission, et. al.<br>
Case No.: 6:19-cv-268-Orl-37TBS<br>
Page 5

Daniel J. Gerber, Esq.
dgerber@rumberger.com; docketingorlando@rumberger.com; dgerbersecy@rumberger.com
Dara L. Lindquist, Esq.
dlindquist@rumberger.com; docketingorlando@rumberger.com;
dlindquistsecy@rumberger.com
Rumberger, Kirk & Caldwell, PA
300 South Orange Avenue
Lincoln Plaza, Suite 1400
Orlando, FL  32802
Phone: (407)-872-7300
*Attorneys for Lennar Corporation & U.S. Home Corporation*
***Via CM/ECF***

Kent Mayo, Esq.
Kent.mayo@bakerbotts.com
Megan H. Berge, Esq.
megan.berge@bakerbotts.com
Sterling A. Marchand, Esq.
sterling.marchand@bakerbotts.com
Baker Botts LLP
1299 Pennsylvania Ave, NW
Washington, DC  20004
Phone: (202)-639-7700
Fax: (202)-639-7890
*Attorneys for Orlando Utilities Commission*
***Via CM/ECF***

Christopher Torres, Esq.
weinsteind@gtlaw.com; thomasm@gtlaw.com; flservice@gtlaw.com
David B. Weinstein, Esq.
weinsteind@gtlaw.com; thomasm@gtlaw.com; Flservice@gtlaw.com
Greenberg Traurig, P.A.
101 E. Kennedy Blvd, Suite 1900
Tampa, FL  33602
Phone: (813)-318-5700
Fax: (813)-318-5900
*Attorneys for Orlando Utilities Commission*
***Via CM/ECF***

*Cohen Milstein Sellers & Toll, PLLC*
*2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410*
*Telephone: (561) 515-1400  Facsimile (561) 515-1401*

Ryan T. Hopper, Esq.
hopperr@gtlaw.com; thomasm@gtlaw.com
Greenberg Traurig, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
Phone: (813)-318-5700
Fax: (813)-318-5900
*Attorneys for Orlando Utilities Commission*
**Via CM/ECF**

Richard E. Mitchell
rmitchell@gray-robinson.com
GrayRobinson, PA
301 E Pine St Ste 1400
Orlando, FL 32801
Phone: (407)843-8880 Ext 6274
Fax: (407)244-5690
*Attorneys for Orlando Utilities Commission*
**Via CM/ECF**

David H. Simmons
dsimmons@dsklawgroup.com
Daniel J. O'Malley
domalley@dsklawgroup.com
de Beaubien, Simmons, Knight, Mantzaris & Neal, LLP
3999 N. Harbor City Blvd
Melbourne, FL 32935
Phone: (407)422-2454
Fax: (407)422-9590
*Attorneys for Boral Resources, LLC*
**Via CM/ECF**

Jill K. Schmidt, Esq.
attys@gt.net
Murnaghan Ferguson & Schmidt, P.A.
100 N. Tampa St., Suite 2675
Tampa, FL 33602
Phone: (813)-222-0123
*Attorneys for Preferred Materials, Inc.*
**Via Email**