UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE IRIZARRY, VALERIE
WILLIAMS, JOANNE NIXON, JOANN
ROBINSON and BRANDON LITT,

    Plaintiffs,

v.                                    Case No: 6:19-cv-268-Orl-37EJK

ORLANDO UTILITIES COMMISSION,
LENNAR CORPORATION, U.S. HOME
CORPORATION, AVALON PARK
GROUP MANAGEMENT, INC., BEAT
KAHLI, LENNAR HOMES, LLC,
BORAL RESOURCES, LLC and
PREFERRED MATERIALS, INC.,

    Defendants,

## ORDER OF DISMISSAL

The parties have filed a Joint Notice of Voluntary Dismissal without prejudice as to Plaintiff Brandon Litt and the putative Storey Park and Moss Park subclass's claims against Defendants Lennar Corporation and Lennar Homes, LLC. (Doc. 57) "Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant." Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1106 (11th Cir. 2004). The notice is effective without an order. See Fed. R. Civ. P. 41(a)(1)(A). Accordingly, Plaintiff Brandon Litt and the putative Storey Park and Moss Park subclass's claims against Defendants Lennar Corporation and Lennar Homes, LLC are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 6, 2019.



Copies: Counsel of Record