UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE IRIZARRY; VALERIE
WILLIAMS; JOANNE NIXON; JOANN
ROBINSON; and BRANDON LITT,

     Plaintiffs,

v.                           Case No. 6:19-cv-268-Orl-37EJK

ORLANDO UTILITIES COMMISSION;
and BORAL RESOURCES, LLC,

     Defendant.

## ORDER

This cause is before the Court on the parties' Stipulation of Voluntary Dismissal of Boral Resources, LLC (Doc. 149 ("**Stipulation**")) and Plaintiffs' Motion for Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) (Doc. 150 ("**Motion**")). For the Stipulation, the parties stipulate to the voluntary dismissal with prejudice of Defendant Boral Resources, LLC. (Doc. 149.) The Stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). As to the Motion, Plaintiffs move to voluntarily dismiss their claims against Defendant Orlando Utilities Commission ("**OUC**") with prejudice under Federal Rule of Civil Procedure 41(a)(2). OUC does not oppose.[1] (Doc. 151.) So the Court grants the Motion.

Accordingly, it is **ORDERED AND ADJUDGED:**

---

[1] OUC declined to stipulate to dismissal because of its pending appeal. (Doc. 151.)

1

1.    Plaintiffs' Motion for Voluntary Dismissal (Doc. 150) is **GRANTED**.

2.    Plaintiffs' claims against Defendants Orlando Utilities Commission and Boral Resources, LLC (Doc. 43, ¶¶ 267–311, 344–54) are **DISMISSED WITH PREJUDICE**.

3.    The Clerk is **DIRECTED** to terminate all pending motions and close the case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 17, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record

2